# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN G. WALKER,

    Plaintiff,

vs.

MICHAEL HALEY, et al.,

    Defendants.

Case No. 3:13-cv-00485-RCJ-WGC

**ORDER**

    Plaintiff is a prisoner in the custody of the Nevada Department of Corrections. 28 U.S.C. § 1915(h). He has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. The court finds that plaintiff must pay an initial partial filing fee of $38.83 toward the full filing fee of three hundred fifty dollars ($350.00). See 28 U.S.C. § 1915(b)(1).

    IT IS THEREFORE ORDERED that Plaintiff's application to proceed in forma pauperis (#1) is **GRANTED**. Plaintiff must pay an initial partial filing fee of $38.83 toward the full filing fee of three hundred fifty dollars ($350.00). Plaintiff shall have thirty (30) days from the date of entry of this order to have the designated fee sent to the clerk of the court. Failure to do so may result in dismissal of this action. Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

    IT IS FURTHER ORDERED that the clerk of the court shall provide plaintiff with two copies of this order. Plaintiff is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated fee, by sending a copy of the order

with the "brass slip" for the amount of the fee to inmate services for the Nevada Department of Corrections.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #1102404), in the months that the account exceeds $10.00, until the full $350 filing fee has been paid for this action. The clerk of the court shall send a copy of this order to the finance division of the clerk's office. The clerk shall also send a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

Dated: This 15th day of October, 2013.

_____
ROBERT C. JONES
Chief United States District Judge