## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN G. WALKER, | ) | 3:13-cv-00485-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 30, 2014 |
| MICHAEL HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Case Status and History. (Doc. # 11.)  Subsequent to the filing of Plaintiff's motion, the court entered its Screening Order in this matter. (Doc. # 12.) The docket reflects that Plaintiff was sent a copy of that order along with a copy of his Amended Complaint and the USM-285 forms to effect service.

Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course. He will be provided notices of filings by the Clerk as papers are filed in this matter. However, in this instance, plaintiff's request shall be granted on a one-time basis.

Plaintiff's motion (Doc. # 11) is therefore **GRANTED.**  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the Plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk