**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN G. WALKER, ) | 3:13-cv-00485-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 23, 2014 |
| ) | |
| MICHAEL HALEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court Order of Service of Identified Defendants (Doc. #39). Plaintiff's Amended Complaint (Doc. #13) named several defendants, including two mentioned in Plaintiff's motion: Deputy Taylor and Deputy Evans. The U.S. Marshal's return earlier stated the marshal could not serve these two defendants as there were several deputies with the Washoe County Sheriff's Department with the last names of "Taylor" (Doc. # 18-3) and "Evans." (Doc. #18-1). Plaintiff's motion (Doc. #39) now has a first name for Defendant Taylor (Ross) but not for Defendant Evans.

Plaintiff's motion (Doc. #39) is **granted** as to Defendant Ross Taylor. The Clerk shall issue a Summons for Defendant Ross Taylor and deliver the same to the U.S. Marshal for service. The Clerk shall send to Plaintiff one (1) USM-285 form and a copy of the Amended Complaint (Doc. #13). Plaintiff shall have to and including and **Friday, October 10, 2014**, to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service as to Defendant Ross Taylor.

/ / /

/ / /

MINUTES OF THE COURT
3:13-cv-00485-RCJ-WGC
September 23, 2014
Page Two

      Plaintiff's motion (Doc. #39) is **denied** in part as to Defendant Evans. Plaintiff's motion has certain information (i.e., shift schedules) which purport to narrow the identity of this Defendant. However, it is not the court's responsibility to seek to identify which deputy sheriff is the one Plaintiff wants to serve. However, Defendants shall nonetheless address the issue of whether "Deputy Evans" can now be identified by reason of the information provided by Plaintiff in Doc. #39.

      **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                      By:_____/s/_____
                                                  Deputy Clerk