## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN G. WALKER, | ) | 3:13-cv-00485-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 10, 2014 |
| MICHAEL HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   <u>KATIE LYNN OGDEN</u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING</u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion to Serve Defendant. (Doc. # 43.) Plaintiff represents that recent information provided by the defense allowed him to identify Deputy David Evans as an unserved defendant and he seeks the court to order the service of Deputy David Evans at the Washoe County Detention Facility.

Plaintiff's motion (Doc. # 43) is **GRANTED.** If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for Defendant David Evans and send the same to the U.S. Marshal along with one copy of the Amended Complaint (Doc. # 13) and one copy of this order. The Clerk shall send to plaintiff one USM-285 form. Plaintiff shall have until **Friday, October 24, 2014,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendant David Evans will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>        /s/                              </u>
Deputy Clerk