UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JOHN G. WALKER,                )<br>                                                     )<br>            Plaintiff,                          )<br>                                                     )<br>    vs.                                           )<br>                                                     )<br>MICHAEL HALEY et al.,           )<br>                                                     )<br>            Defendants.                    )<br>                                                     ) | 3:13-cv-00485-RCJ-WGC<br><br>**ORDER** |

Plaintiff sued Defendants for six alleged constitutional violations while incarcerated in the Washoe County Detention Center. Upon screening under 28 U.S.C. § 1915A, the Court permitted two claims to proceed but dismissed four of them. Plaintiff asks the Court to reconsider dismissal of the fourth through sixth claims for deliberate indifference to his medical needs under the Eighth Amendment. The Court declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 17) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge